UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

John Chinnici,                          :
            Plaintiff,                   :
                                         :
            v.                           : Civil No. 2:16 CV 264
                                         :
Centurion of Vermont LLC;               :
Nursing Staff at Marble Valley          :
Regional Correctional Facility;         :
and Cody Baker,                         :
            Defendants.                  :

ORDER

The Report and Recommendation of the United States
Magistrate Judge was filed October 10, 2018 (Doc. 50).  After
careful review of the file and the Magistrate Judge's Report
and Recommendation, no objections having been filed by any
party, this Court ADOPTS the Magistrate Judge's recommendations
in full for the reasons stated in the Report.

For the reasons set forth in said Report and
Recommendation, the Court, *sua sponte*, exercises its authority
under 28 U.S.C. § 1915(e)(2)(B)(ii) and dismisses Chinnici's
claim against the Nursing Staff for failure to state a claim.
It is further ordered that Centurion and the Nursing Staff's
Motion for Summary Judgment (Doc. 43) is GRANTED and the
remaining claims alleged in Chinnici's Complaint (Doc.4) are
DISMISSED with prejudice.  The case is hereby closed.

Dated at Burlington, in the District of Vermont, this 15th day of November, 2018.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge